Longevity Med. Supply, Inc. v State Farm Mut. Auto. Ins. Co. (2022 NY Slip
Op 51235(U))

[*1]

Longevity Med. Supply, Inc. v State Farm Mut. Auto. Ins.
Co.

2022 NY Slip Op 51235(U) [77 Misc 3d 131(A)]

Decided on November 18, 2022

Appellate Term, Second Department

Published by New York State Law Reporting
Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on November 18, 2022
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., MICHELLE WESTON, WAVNY
TOUSSAINT, JJ

2021-166 K C

Longevity Medical Supply, Inc., as
Assignee of Cartright, Kronsprintz, Appellant,
against
State Farm Mutual Automobile Ins. Co., Respondent.

The Rybak Firm, PLLC (Damin J. Toell and Richard Rozhik of counsel), for appellant.
Freiberg, Peck & Kang, LLP (Yilo J. Kang of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County
(Carolyn Walker-Diallo, J.), entered December 18, 2020. The order granted defendant's
motion for summary judgment dismissing the complaint and denied plaintiff's cross
motion for summary judgment.

ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff
appeals from an order of the Civil Court granting defendant's motion for summary
judgment dismissing the complaint and denying plaintiff's cross motion for summary
judgment.
Contrary to plaintiff's sole contention with respect to defendant's motion, the
affidavit executed by defendant's claims specialist, along with the relevant supporting
documents submitted in support of defendant's motion, sufficiently demonstrated that
defendant had previously paid another provider for the same piece of medical equipment
which is the basis for the claim at issue in this case. Consequently, defendant established
its prima facie entitlement to summary judgment dismissing the complaint and plaintiff
failed to raise a triable issue of fact with respect thereto.
Accordingly, the order is affirmed.
ALIOTTA, P.J., WESTON and TOUSSAINT, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: November 18,
2022